# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

U.S. Specialty Insurance Company

                                       Plaintiff,

v.                                                                          Case No.: 1:19–cv–05232

                                                                         Honorable Sara L. Ellis

Village of Melrose Park, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 13, 2020:

      MINUTE entry before the Honorable Sara L. Ellis:Motion to withdraw [44] is granted. Village Defendant's bill of costs [42] is withdrawn. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.